## ROCKY HILL TEACHERS' ASSOCIATION *v.* BOARD OF EDUCATION OF THE TOWN OF ROCKY HILL

*Mark J. Sommaruga,* in support of the petition.

*Ronald Cordilico,* in opposition.

Decided October 29, 2002

## STATE OF CONNECTICUT *v.* DAVID P.

*James B. Streeto,* assistant public defender, in support of the petition.

*Lisa A. Riggione,* senior assistant state's attorney, in opposition.

Decided November 6, 2002

## STATE OF CONNECTICUT *v.* WILLIAM C.

BORDEN, J., did not participate in the consideration or decision of this petition.

The Supreme Court docket number is SC 16864.

*Hubert J. Santos*, in support of the petition.

*Christopher T. Godialis*, assistant state's attorney, in opposition.

Decided November 6, 2002

## ALAN P. TOWBIN *v.* BOARD OF EXAMINERS OF PSYCHOLOGISTS

*Patricia A. King*, in support of the petition.

Decided November 6, 2002

## ELIZABETH M. HAMMICK *v.* JAMES T. HAMMICK

ZARELLA, J., did not participate in the consideration or decision of this petition.

*Elizabeth M. Hammick*, pro se, in support of the petition.

*P. Jo Anne Burgh*, in opposition.

Decided November 6, 2002